08 FEB 13 PM 5:01

BY: ____ por ____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

'08 CR 0365 BTM

UNITED STATES OF AMERICA,      )   Criminal Case No. _____
                               )
            Plaintiff,         )   I N D I C T M E N T
                               )
       v.                      )   Title 8, U.S.C., Secs. 1326(a)
                               )   and (b) - Deported Alien Found
JAIME ALFONSO                  )   in the United States
   ZEVADA-RODRIGUEZ,           )
                               )
            Defendant.         )
_____)

The grand jury charges:

On or about December 19, 2007, within the Southern District of California, defendant JAIME ALFONSO ZEVADA-RODRIGUEZ, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Sections 1326(a) and (b).

//

//

WMC:fer:San Diego
2/12/08

1  It is further alleged that defendant JAIME ALFONSO ZEVADA-
2  RODRIGUEZ, was removed from the United States subsequent to
3  January 9, 2004.
4  DATED: February 13, 2008.

A TRUE BILL:

*/s/ [signature]*
Foreperson

KAREN P. HEWITT
United States Attorney

By: */s/ [signature]*
W. MARK CONOVER
Assistant U.S. Attorney