```
FILED

08 FEB 13 PM 5:01

[stamp illegible]

BY:     PDZ        DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

'08 CR 0365 BTM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. _____ |
| Plaintiff, ) | |
| v. ) | NOTICE OF RELATED CASE |
| JAIME ALFONSO ZEVADA-RODRIGUEZ, ) | |
| Defendant. ) | |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to <u>United States of America v. Jaime Alfonso Zevada-Rodriguez</u>, Criminal Case No. 08CR0149-BTM.

DATED: February 13, 2008.

KAREN P. HEWITT
United States Attorney

*/s/ W. Mark Conover*

W. MARK CONOVER
Assistant U.S. Attorney