Christian De Olivas
CalBarNo. 249608
De Olivas Law Firm, APLC
200 N Bradford Ave, Ste L
Placentia, CA 92870
Telephone: (714) 646-3314
Facsimile:  (714) 646-3721
Email: christian@deolivaslaw.com

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**
**(HONORABLE ROGER T. BENITEZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>PABLO SIORDIA-RODRIGUEZ,<br><br>　　　　Defendant | **CASE**: 3:08-cr-542-BEN-1<br><br>**DATE**:  AUGUST 11, 2008<br><br>**TIME**:  9:00 AM<br><br>**NOTICE OF JOINT MOTION; JOINT MOTION TO CONTINUE ACCEPT PLEA HEARING WITH PROBATION OFFICE REPORT** |

**NOTICE OF JOINT MOTION**

**TO**: THE UNITED STATES ATTORNEY; DEFENDANT

**PLEASE TAKE NOTICE** that on the above-referenced date, Defendant, PABLO SIORDIA-RODRIGUEZ, by and through his counsel, CHRISTIAN DE OLIVAS, and the Plaintiff, the United States of America, by and through and its counsel, ANDREW G. SCHOPLER, will move this Court to grant the above-entitled motion.

**JOINT MOTION**

The Defendant, PABLO SIORDIA-RODRIGUEZ, by and through his counsel, CHRISTIAN DE OLIVAS, and the Plaintiff, the United States of America, by and

through and its counsel, ANDREW G. SCHOPLER, and pursuant to Federal Rules of Criminal Procedure Evidence 7(f), 12, 14, and 16, and the Fourth, Fifth and Sixth Amendments to the United States Constitution, hereby move this Court to grant the above-stated motion.

We all agree that the period of time reflected in this continuance is excludable pursuant to 18 USCA §3161(h)(8) from the time period within which the Accept Plea hearing must commence as set forth in 18 USCA §3161(c)(1). In support thereof, Defense Counsel, and pursuant to and without objection by the Plaintiff's Counsel, request that the current Accept Plea with Probation Officer Report hearing date of JULY 21, 2008 at 9:00 am be continued to AUGUST 11, 2008, at 9:00 am, in order to prepare for said Accept Plea hearing and Probation Office to prepare for Presentencing Report.

Respectfully Submitted,

**DATED**: June 20, 2008      **SIGNED**: /s/ Christian De Olivas
                                          CHRISTIAN DE OLIVAS

                                          ATTORNEY FOR DEFENDANT
                                          PABLO SIORDIA-RODRIGUEZ

**DATED**: June 20, 2008      **SIGNED**: /s/ Andrew G. Schopler
                                          ANDREW G. SCHOPLER

                                          ATTORNEY FOR PLAINTIFF
                                          UNITED STATES OF AMERICA

# CERTIFICATE OF SERVICE

**IT IS HEREBY CERTIFIED THAT**:

1. I, CHRISTIAN DE OLIVAS, am a citizen of the United States and am at least eighteen years of age. My business address is 200 N. Bradford Ave., Ste L, Placentia, California 92870.

2. I am not a party to the above-entitled action. I have caused service of the following documents: **Notice of Joint Motion; Joint Motion to Continue Accept Plea Hearing with Probation Office Report** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

    a. Mr. Andrew G. Schopler, Assistant United States' Attorney

3. I declare under penalty of perjury that the foregoing is true and correct. Executed on July 18, 2008.

**DATED**: July 18, 2008          **SIGNED**: /s/ Christian De Olivas

CHRISTIAN DE OLIVAS

ATTORNEY FOR DEFENDANT
PABLO SIORDIA-RODRIGUEZ