Christian De Olivas
CalBarNo. 249608
De Olivas Law Firm, APLC
200 N Bradford Ave, Ste L
Placentia, CA 92870
Telephone: (714) 646-3314
Facsimile:  (714) 646-3721
Email: christian@deolivaslaw.com

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
(HONORABLE BARRY TED MOSKOWITZ)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>JAIME ALFONSO ZEVADA-RODIGUEZ,<br><br>　　　　Defendant | **CASE**: 3:08-cr-365-BTM-1<br>**DATE**: AUGUST 29, 2008<br>**TIME**: 10:00 AM<br><br>**NOTICE OF JOINT MOTION; JOINT MOTION TO CONTINUE SENTENCE WITH PROBATION OFFICE REPORT** |

**NOTICE OF JOINT MOTION**

**TO**: THE UNITED STATES ATTORNEY; DEFENDANT

**PLEASE TAKE NOTICE** that on the above-referenced date, Defendant, JAIME ALFONSO ZEVADA-RODRIGUEZ, by and through his counsel, CHRISTIAN DE OLIVAS, and the Plaintiff, the United States of America, by and through and its counsel, REBECCA KANTER, will move this Court to grant the above-entitled motion.

## JOINT MOTION

The Defendant, JAIME ALFONSO ZEVADA-RODRIGUEZ, by and through his counsel, CHRISTIAN DE OLIVAS, and the Plaintiff, the United States of America, by and through and its counsel, REBECCA KANTER, and pursuant to Federal Rules of Criminal Procedure Evidence 7(f), 12, 14, and 16, and the Fourth, Fifth and Sixth Amendments to the United States Constitution, hereby move this Court to grant the above-stated motion.

We all agree that the period of time reflected in this continuance is excludable pursuant to 18 USCA §3161(h)(8) from the time period within which the Sentence With Probation Office Report must commence as set forth in 18 USCA §3161(c)(1). In support thereof, Defense Counsel, and pursuant to and without objection by the Plaintiff's Counsel, request that the current Accept Plea hearing date of JULY 25, 2008 at 9:00 am be continued to AUGUST 29, 2008, at 10:00 am, in order to prepare for said Sentencing hearing and Probation Office to prepare Presentencing Report.

Respectfully Submitted,

**DATED**: July 18, 2008   **SIGNED**: /s/ Christian De Olivas
CHRISTIAN DE OLIVAS

ATTORNEY FOR DEFENDANT
JAIME ALFONSO ZEVADA-
RODRIGUEZ

| | | | |
|---|---|---|---|
| DATED: | July 18, 2008 | SIGNED: | /s/ Rebecca Kanter |
| | | | REBECCA KANTER |
| | | | |
| | | | ATTORNEY FOR PLAINTIFF |
| | | | UNITED STATES OF AMERICA |

# CERTIFICATE OF SERVICE

**IT IS HEREBY CERTIFIED THAT**:

1. I, CHRISTIAN DE OLIVAS, am a citizen of the United States and am at least eighteen years of age. My business address is 200 N. Bradford Ave., Ste L, Placentia, California 92870.

2. I am not a party to the above-entitled action. I have caused service of the following documents: **Notice of Joint Motion; Joint Motion to Continue Sentence With Probation Office Report Hearing** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

    a. Ms. Rebecca Kanter, Assistant United States' Attorney

3. I declare under penalty of perjury that the foregoing is true and correct. Executed on July 18, 2008.

**DATED**: July 18, 2008          **SIGNED**: /s/ Christian De Olivas

                                              CHRISTIAN DE OLIVAS

                                              ATTORNEY FOR DEFENDANT
                                              JAIME ALFONSO ZEVADA-
                                              RODRIGUEZ