Joint Motion to Continue Sentence with Probation Office Report Hearing - 2                                3:08-cr-365-BTM-1

**Christian De Olivas**
CA Bar No. 249608
DE OLIVAS LAW FIRM
A Professional Law Corporation
200 N Bradford Ave, Ste L
Placentia, CA  92870
Telephone:  (714) 646-3314
Facsimile:  (714) 646-3721

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE BARRY TED MOSKOWITZ)

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>       Plaintiff, <br>   vs. <br> JAIME ALFONSO ZEVADA-RODRIGUEZ, <br>       Defendant | CASE NO.: 3:08-cr-365-BTM-1 <br><br> DATE:  AUGUST 29, 2008 <br><br> TIME:  10:00 A.M. <br><br> NOTICE OF JOINT MOTION; JOINT MOTION TO CONTINUE SENTENCE WITH PROBATION OFFICE REPORT |

**NOTICE OF JOINT MOTION**

    TO:  THE UNITED STATES ATTORNEY

    Please take notice that on the above-referenced date, Defendant, JAIME ALFONSO ZEVADA-RODRIGUEZ, by and through his counsel, CHRISTIAN DE OLIVAS, and the Plaintiff, the United States of America, by and through its counsel, REBECCA KANTER, will move this Court to grant the above-entitled motion.