**JOINT MOTION TO CONTINUE: POINTS & AUTHORITIES**

The Defendant, JAIME ALFONSO ZEVADA-RODRIGUEZ, by and through his counsel, CHRISTIAN DE OLIVAS, and the Plaintiff, the United States of America, by its counsel, REBECCA KANTER, and pursuant to Federal Rules of Criminal Procedure 32, hereby move this court to grant the above-stated motion.

In support thereof, Defense Counsel, and pursuant to and without objection by the Plaintiff's Counsel, request that the current Accept Plea and Sentencing hearing scheduled for July 25, 2008 at 9:00 a.m. be continued to August 29, 2008 at 10:00 a.m., due to defense counsel's, CHRISTIAN DE OLIVAS, medical restrictions.

This continuance meets the "ends of justice" and outweighs the interest of the public and the defendant's right to a Speedy Trial Act.

Respectfully Submitted,

**DATED**: July 23, 2008          **SIGNED**: s/ Christian De Olivas
                                  CHRISTIAN DE OLIVAS

                                  ATTORNEY FOR DEFENDANT
                                  JAIME ALFONSO ZEVADA-RODRIGUEZ

                                  **SIGNED**: s/ Rebecca Kanter
                                  REBECCA KANTER

                                  ATTORNEY FOR PLAINTIFF
                                  UNITED STATES OF AMERICA