**Christian De Olivas**
CA Bar No. 249608
DE OLIVAS LAW FIRM
A Professional Law Corporation
200 N Bradford Ave, Ste L
Placentia, CA 92870
Telephone: (714) 646-3314
Facsimile: (714) 646-3721

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

## (HONORABLE BARRY TED MOSKOWITZ)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JAIME ALFONSO ZEVADA-RODRIGUEZ,<br><br>　　　　Defendant | CASE NO.: 3:08-cr-365<br><br>DATE: SEPTEMBER 26, 2008<br><br>TIME: 10:00 A.M.<br><br>NOTICE OF JOINT MOTION; JOINT MOTION TO CONTINUE SENTENCE WITH PO REPORT |

## NOTICE OF JOINT MOTION

TO: THE UNITED STATES ATTORNEY

　　Please take notice that on the above-referenced date, Defendant, JAIME ALFONSO ZEVADA-RODRIGUEZ, by and through his counsel, CHRISTIAN DE OLIVAS, and the Plaintiff, the United States of America, by and through its counsel, REBECCA KANTER, will move this Court to grant the above-entitled motion.