**JOINT MOTION TO CONTINUE:  POINTS & AUTHORITIES**

The Defendant, JAIME ALFONSO ZEVADA-RODRIGUEZ, by and through his counsel, CHRISTIAN DE OLIVAS, and the Plaintiff, the United States of America, by its counsel, REBECCA KANTER, and pursuant to Federal Rules of Criminal Procedure 32, hereby move this court to grant the above-stated motion.

In support thereof, Defense Counsel, and pursuant to and without objection by the Plaintiff's Counsel, request that the current Sentence with PO Report hearing scheduled for August 29, 2008 at 10:00 a.m. be continued to September 26, 2008 at 10:30 a.m., due to defense counsel's, CHRISTIAN DE OLIVAS, medical restrictions.  See attached doctor's note.

This continuance meets the "ends of justice" and outweighs the interest of the public and the defendant's right to a Speedy Trial Act.

Respectfully Submitted,

**DATED**: August 26, 2008      **SIGNED**: s/ Christian De Olivas
                                            CHRISTIAN DE OLIVAS

                                            ATTORNEY FOR DEFENDANT
                                            JAIME ALFONSO ZEVADA-RODRIGUEZ

                                **SIGNED**: s/ Rebecca Kanter
                                            REBECCA KANTER

                                            ATTORNEY FOR PLAINTIFF
                                            UNITED STATES OF AMERICA