# CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED THAT:

1. I, CHRISTIAN DE OLIVAS, am a citizen of the United States and am at least eighteen years of age.  My business address is 200 Bradford Avenue, Ste L, Placentia, California  92870.

2. I am not party to the above-entitled action.  I have caused service of the following documents:  Notice of Joint Motion; Joint Motion to Continue Sentence With Probation Office Report Hearing Points & Authorities on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

   a. REBECCA KANTER, Assistant United States' Attorney

3. I declare under penalty of perjury that the foregoing is true and correct. Executed on July 26, 2008.

**DATED**: July 26, 2008          **SIGNED**: s/ Christian De Olivas
                                           CHRISTIAN DE OLIVAS

                                           ATTORNEY FOR DEFENDANT
                                           JAIME ALFONSO ZEVADA-RODRIGUEZ