**EDWARD J. BLOCK, M.D.**
*GASTROENTEROLOGY / HEPATOLOGY*   8/13/08

To whom it may concern,

Please be advised that Mr. Christan DeOlivas is followed in the office for an ongoing medical problem. At this time he has been advised not to work until at least 9/13/08. Thank you for your consideration,

Edward Block MD

27871 Medical Center Road, Suite 200, Mission Viejo, CA 92691
(949)364-5090   Fax (949)364-5427
Answering Service (949) 707-3201